# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 3:19-cv-00137-LRH-WGC |
| Plaintiff, | |
| vs. | **FINAL JUDGMENT** |
| INVEREST, LLC; a Nevada limited liability company; LEMMIE GARNER, an individual, | |
| Defendants. | |

On January 7, 2020, plaintiff Nationstar Mortgage LLC moved for default judgment against defendants Inverest LLC and Lemmie Garner [ECF No. 21].

For the reasons stated in this Court's June 30, 2020 order [ECF No. 22], the Court enters **DEFAULT JUDGMENT** against defendants Inverest and Garner, and in favor of Nationstar on its declaratory judgment, quiet title and injunctive relief claims, finding the claims well pled and meritorious and further finding Inverest and Garner were properly served and had ample opportunity to participate in this litigation.

Having granted Nationstar's motion for default judgment,

**IT IS HEREBY ORDERED** that the March 11, 2014 foreclosure sale, conducted by Hampton & Hampton Collections LLC on behalf of Falconcrest Unit 1 Homeowners Association (the **HOA Foreclosure Sale**), as evidenced by the trustee's deed upon sale recorded with the Washoe County Recorder on March 17, 2014 as instrument no. 4335250, did not extinguish the deed of trust, recorded against the property

1

1  located at 2594 Betsy Street, Sparks, Nevada 89431, APN 026-370-60 (the **property**), with the Washoe
2  County Recorder on December 16, 2002 as instrument no. 2777495 (the **senior deed of trust**), owned
3  by Federal National Mortgage Association, and encumbering the property as a result of the Federal
4  Foreclosure Bar, 12 U.S.C. § 4617(j)(3).

5  **IT IS FURTHER ORDERED** that Inverest and Garner's interest in the property, if any, is
6  subject to this senior deed of trust, and all persons or entities whom were granted title or an interest in
7  the property through the HOA Foreclosure Sale took such title or interest subject to the senior deed of
8  trust.

9  **IT IS SO ORDERED.**

10  DATED this 13th day of July, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE